

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2015

No. 04-15-00091-CR

**IN RE** Jaime **LUEVANO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Marialyn Barnard, Justice
                    Jason Pulliam, Justice

On February 23, 2015, relator filed a pro se petition for writ of mandamus. This court has determined that we do not have jurisdiction to grant the requested relief. Accordingly, the petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on February 24, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] Relator is currently incarcerated in the John B. Connally Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, located in Karnes County, Texas. Relator's complaints in this mandamus proceeding are unrelated to the criminal conviction leading to his current incarceration, which was adjudicated in 2010 in Cause No. 20070D04788, styled *The State of Texas v. Jaime Luevano*, El Paso County, Texas.